# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT MCQUILKIN,<br><br>    Defendant. | CRIMINAL ACTION<br><br>No. 94-356-01 |

## ORDER

  **AND NOW**, this 3rd day of March, 2010, upon consideration of defendant's Motion Pursuant to 18 U.S.C. § 3582(c)(2), the government's response thereto, and defendant's reply brief, it is hereby **ORDERED** as follows:

  (1) Defendant's Motion Pursuant to 18 U.S.C. § 3582(c)(2) (docket no. 126) is **DENIED**;

  (2) Defendant's Motion for an Enlargement of Time to File a Response (docket no. 128) is **GRANTED**; and

  (3) Defendant's Motion in Supplement to § 3582(c)(2) Motion Pursuant to Amendment 506 (docket no. 130) is **DENIED**.

                 BY THE COURT:

                 /s/Louis H. Pollak
                 Pollak, J.